IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICTOR W. PATTERSON, TOBY G. BREEDLOVE, and JEANNINE B. RULIS (f/k/a CHARLOTTE JEANNINE BREEDLOVE), :<br>:<br>Plaintiffs, :<br>:<br>vs. :<br>:<br>CITIMORTGAGE, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., :<br>:<br>Defendants. : | CIVIL ACTION NO.<br><br>1:11-CV-0339-CC |

## OPINION AND ORDER

This case is before the Court on its Opinion and Order of September 26, 2012 [Doc. No. 52], in which the Court granted in part and denied without prejudice in part Defendant CitiMortgage, Inc. and Mortgage Electronic Registration Systems, Inc.'s Motion for Summary Judgment [Doc. No. 35] and ordered that the case be administratively closed pending the Supreme Court of Georgia's resolution of certain questions certified in Chae Yi You v. JPMorgan Chase Bank, N.A., 1:12-CV-202-JEC-AJB. On May 20, 2013, the Supreme Court of Georgia answered the questions certified.

Accordingly, the Court **ORDERS** that this case be reopened. Defendants shall have **thirty (30) days** within which to renew their summary judgment motion as to the wrongful foreclosure claim and the related claim for emotional distress damages. Plaintiffs shall then have **twenty-one (21) days** to file a responsive pleading. Defendants are permitted to file a reply not later than **fourteen (14) days** after service of the responsive pleading.

**(SIGNATURE ON FOLLOWING PAGE)**

SO ORDERED this 1st day of August, 2013.

*s/   CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE